IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

UNITED STATES OF AMERICA

v.

No.  3:21-CR-435-X

FREDERICK ORJI (07)

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant pursuant to 18 U.S.C. §3142(e) and (f).

1.  Eligibility of Case.   This case is eligible for a detention order because the case involves (check all that apply):

_____ Crime of violence (18 U.S.C. §3156);

_____ Maximum sentence life imprisonment or death

_____ 10 + year drug offense

_____ Felony, with two prior convictions in above categories

__X__ Serious risk defendant will flee

__X__ Serious risk obstruction of justice

_____ Felony involving a minor victim

_____ Felony involving a firearm, destructive device, or any other

dangerous weapon

_____ Felony involving a failure to register (18 U.S.C. § 2250)

2.  Reason for Detention.  The Court should detain defendant because there are no

**Motion for Detention - Page 1**

conditions of release which will reasonably assure (check one or both):

      X     Defendant's appearance as required

      X     Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will/**<u>will not</u>** invoke the rebuttable presumption against defendant because (check one or both):

             Probable cause to believe defendant committed 10+ year drug

              offense or firearms offense, 18 U.S.C. §924(c)

             Probable cause to believe defendant committed a federal crime of

              terrorism, 18 U.S.C. §2332b(g)(5)

             Probable cause to believe defendant committed an offense involving

              a minor, 18 U.S.C. §§1201, 2251

             Previous conviction for "eligible" offense committed while on

              pretrial bond

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

             At first appearance

    X   After continuance of   3    days (not more than 3).

**Motion for Detention - Page 2**

DATED this ___23rd___ day of _September_, 2021.

Respectfully submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

_Mary Walters_

MARY WALTERS
Assistant United States Attorney
Bar No. 24003138
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile:  214-659-8812
Email: mary.walters@udoj.gov

## CERTIFICATE OF SERVICE

I certify that on September 23, 2021, I filed a true and correct copy of the foregoing with the Clerk of Court via ECF, which will notify counsel for defendant, in accordance with the Federal Rules of Criminal Procedure.

_Mary Walters_

MARY WALTERS
Assistant United States Attorney

**Motion for Detention - Page 3**