CLERK US DISTRICT COURT
NORTHERN DIST OF TX
FILED

US MARSHALS SERVICE N/D
DALLAS, TEXAS

2021 SEP 16 P 3: 1

# United States District Court
## Northern District of Texas
### DALLAS DIVISION

2021 SEP 30 PM 3: 01

DEPUTY CLERK __MS__

UNITED STATES OF AMERICA

V.

FREDERICK ORJI

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:21-cr-435-X-07

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER: _____

YOU ARE HEREBY COMMANDED to arrest __FREDERICK ORJI__

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Sealed Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Wire Fraud; Conspiracy to Launder Monetary Instruments

in violation of Title   18
United States Code, Section(s)
1349 and 1343; 1956(h) and 1957

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

_Karen Mitchell_ (signature)
Signature of Issuing Officer

U.S. Magistrate Judge Jeffrey L. Cureton
Judge

9/16/2021
Date

Dallas, TX
Location

s/Y. Lehnert
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

_Dallas, TX_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9/21/21 | SA Jeremy Ezell | /s/ Ezell |
| DATE OF ARREST 9/22/21 | | |

11334612